**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00448-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    VICTOR AVILA-BARRIOS, a/k/a JOSE ESQUIVEL-CAMPOS,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a status/scheduling hearing regarding Defendant Avila-Barrios is set **Tuesday, November 29, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: November 22, 2011