**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00448-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     VICTOR AVILA-BARRIOS, a/k/a JOSE ESQUIVEL-CAMPOS,

       Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that pursuant to a conflict in the Court's schedule, the change of plea hearing regarding Defendant Avila-Barrios set **Friday, January 6, 2012 is VACATED and RESET for Tuesday, January 24, 2012 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: January 5, 2012